**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Diego Armando VALDOVINOS-CALVELLO, a.k.a. Diego Valdovinos-Calvello, Defendant-Appellant.**

No. 16-50254

United States Court of Appeals, Ninth Circuit.

Filed May 31, 2017

D.C. No. 3:16-cr-00110-GPC, Southern District of California, San Diego

Francis Anthony DiGiacco, Ryan A. Sausedo, Helen H. Hong, Emily J. Keifer, Assistant U.S. Attorneys, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Sandra Hourani, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant

Before: THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

ORDER

Appellee's motion to dismiss this appeal as moot (Docket Entry No. 22) is granted. This sentencing appeal is moot because appellant has fully served his custodial sentence and is not subject to a term of supervised release. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**